UNITED STATES DISTRICT COURT
EASTERN District of Louisiana

Andrew Wetzel
V.
Randy Smith



Civil Action
No. 21-526
Section. R I

Motion To Dismiss Suit

petitioner moves this court to dismiss the suit, without prejudice.

s/ [signature]
Andrew Wetzel
PRO SE

**TENDERED FOR FILING**
$
APR 2 8 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Andrew Wetzel
#539179/C337
P.O. Box #908
Covington, LA 70433

NOT CENSORED
ST TAMMANY PARISH JAIL

New Orleans 701 L3
TUE 27 APR 2021 PM

U.S.D.C. - EASTERN
CLERK OF COURT
500 Poydras St.
Room C-151
New Orleans, LA 70130